# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Christopher L. Johnson )
_____ )
_____ ) Case Number: 23-3360-NJR
_____ ) (Clerk's Office will provide)
_____ )
Plaintiff(s)/Petitioner(s) )
v. ) ☒ CIVIL RIGHTS COMPLAINT
Menard Correctional Center ) pursuant to 42 U.S.C. §1983 (State Prisoner)
_____ ) ☐ CIVIL RIGHTS COMPLAINT
_____ ) pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ ) ☐ CIVIL COMPLAINT
_____ ) pursuant to the Federal Tort Claims Act, 28 U.S.C.
Defendant(s)/Respondent(s) ) §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

PO Box 1000 Menard, IL 62259
Y56864 Menard Correctional Center

**Defendant #1:**

B. Defendant Menard Correctional Center is employed as
  (a)   (Name of First Defendant)

_____
  (b)   (Position/Title)

with 711 Kaskaskia Street PO Box 1000
  (c)   (Employer's Name and Address)

Menard, IL 62259

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: Menard Correctional Center is a state prison

Rev. 10/3/19

**Defendant #2:**

C.  Defendant _____ is employed as

(Name of Second Defendant)

_____
(Position/Title)

with _____
(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☐ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability</u>, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
Plaintiff(s): ~~Bryant D. Miller~~ Christopher Johnson

Defendant(s): Bryant D. Miller

2. Court (if federal court, name of the district; if state court, name of the county): ~~Perry~~ Crawford

3. Docket number: 3:23-cv-02745-DWD

4. Name of Judge to whom case was assigned: David W. Dugan

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

Rev. 10/3/19

7. Approximate date of filing lawsuit: 09/09/2023

8. Approximate date of disposition: 09/09/2023

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"  No

### III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take? I wrote a grievance

   2. What was the result? I never got a response

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

Rev. 10/3/19

1. Parties of previous Lawsuits
   Miramony Rayburn ⎱
   Bryant D. Miller  ⎰ → Defendants

   Plaintiff
   Christopher L Johnson
   Court
2. Crawford County

3. Docket number
   3:23-cv-02746-SPM

4. Name of Judge case was assigned
   Stephen P. McGlynn
       type of case
5. Civil Rights case

6. Disposition of case
   Pending

  2. What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I was transferred from Robinson CC to Menard Correctional Center on 05/22/2023 and from dates of 05/22/2023 – 08/23/2023 I was forced to use the same soap to wash my body to wash my clothes/sheets. It states in the Rule Book Section 504.620(g) a weekly exchange of clean institutional clothes/ or availability of laundry services & least weekly but I was in restrictive housing here. It states 504.C20.9(3) from 05/22/2023 – 08/29/2023 and was denied laundry services in result went in multiple sick call for anti-fungal cream & itching cream for skin none of my sick calls was responded to & filled the grievance from 06/24/2023 it's now 10/09/2023 and still no response

Rev. 10/3/19

United States District Court
SOUTHERN DISTRICT OF ILLINOIS

_____  )
           Plaintiff,          )
                               )
VS.                            )         Case No.: _____
                               )
_____   )
           Defendant           )

## NOTICE OF FILING

TO: _____        TO: _____
    _____            _____
    _____            _____
    _____            _____

TO: _____        TO: _____
    _____            _____
    _____            _____
    _____            _____

PLEASE TAKE NOTICE that on _____, 20____, I have provided service to the person(s) listed above by the following means:

☐  Electronically filed through _____ Correctional Law Library

☐  Institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: _____          /s/_____
                               NAME: _____
                               IDOC#: _____
                               _____ Correctional Center
                               P.O. Box _____
                               _____, IL _____

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I'm asking for 12,000 to be placed on my trust fund for pain and sufferings & mental anguish

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 10/09/2023 (date)

Christopher Johnson
Signature of Plaintiff

PO Box 1000 Menard, IL 62259
Street Address

Christopher Johnson
Printed Name

Menard, IL 62259
City, State, Zip

Y56864
Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | Y56864 | **Counseling Date** | 06/28/23 10:36:25:523 |
| **Offender Name** | JOHNSON, CHRISTOPHER | **Type** | Collateral |
| **Current Admit Date** | 03/21/2023 | **Method** | Grievance |
| **MSR Date** | 06/12/2025 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-01-47 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #629-6-23 regarding bedding/laundry dated 6/24/23. Forwarded to Clinical Services for Counselor's response.

| | | |
|---|---|---|
| Date : 9/25/2023 | **Menard Correctional Center** | Page 1 of 1 |
| Time : 08:30:35 | **Trust Fund** | |
| CHAMP | Inmate Transaction Statement | |
| | 7/27/2023 to 9/25/2023 | |

**Inmate:** Y56864 Johnson, Christopher   **Housing Unit:** MEN-W -01-10

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.41 |
| 08/22/23 | Disbursements | 73 Court Ordered Fees | 2343113 | Chk #218857 | 0012786, US District, Inv. Date: 08/22/2023 | -.34 | .07 |
| 09/14/23 | Payroll | 20 Payroll Adjustment | 2571226 | | P/R month of 8 2023 | 3.52 | 3.59 |
| 09/18/23 | Point of Sale | 60 Commissary | 2617333 | 1593598 | Commissary | -3.54 | .05 |

| | |
|---|---|
| Total Inmate Funds: | .05 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .05 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Cristopher Johnson Y56864
PO Box 1000
Menard, IL 62259

Clerk of the Court
United States District Court
Southern District Of Illinois
750 Missouri Avenue
East St Louis, IL 622

Correspondence from Individual in Custody
Legal Mail
MAIL CLEARED
US MARSHALS



Cristopher Johnson Y56964
P O Box 1000
Marion, IL 62959

**MAIL CLEARED**
**U.S. MARSHALS**

Clerk of the court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St Louis, IL 62201

Correspondence from Individual in Custody



RECEIVED

OCT 12 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Cristopher Johnson Y56964
PO Box 1000
Menard, IL 62259

Clerk of the Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St Louis, IL 62201

Correspondence from Individual in Custody

MAIL CLEARED
US MARSHALS



RECEIVED
OCT 12 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE